In the Matter of JOSEPH GEMELLI et al., Respondents, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Appellants.

Argued October 6, 1948; decided October 21, 1948.

*John P. McGrath, Corporation Counsel (Joseph J. Lucchi*
and *Seymour B. Quel* of counsel), for appellants.
*Sydney S. Levine* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE
and FULD, JJ. Taking no part: THACHER, J.